IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZUNED SUNESRA | Criminal No. 14-158<br><br>(UNDER SEAL) |

ARRAIGNMENT PLEA

Defendant ZUNED SUNESRA

being arraigned, pleads  _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)