IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 14-158 |
| JAVED SUNESRA<br>ZUNED SUNESRA<br>BISMILLA SUNESRA<br>TAIMUR KHAN | (UNDER SEAL) |

FILED
JUN 17 2014
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Eric S. Rosen, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants JAVED SUNESRA, ZUNED SUNESRA, BISMILLA SUNESRA, and TAIMUR KHAN, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with conspiracy to commit crimes against the United States, in violation of Title 18, United States Code, Section 371 (Count 1 - JAVED SUNESRA, ZUNED SUNESRA and BISMILLA SUNESRA); Distribution of misbranded drugs, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2) (Counts 2-9 - JAVED SUNESRA, ZUNED SUNESRA and

BISMILLA SUNESRA); Conspiracy to commit wire and mail fraud, in violation of Title 18, United States Code, Section 1349 (Count 10 - JAVED SUNESRA, ZUNED SUNESRA, BISMILLA SUNESRA and TAIMUR KHAN); Conspiracy to import controlled substances, in violation of Title 21, United States Code, Section 963 (Count 11 - JAVED SUNESRA, ZUNED SUNESRA and BISMILLA SUNESRA); Importation of controlled substances, in violation of Title 21, United States Code, Sections 952(b), 960(a)(1) and 960(b)(6) (Counts 12-14 - JAVED SUNESRA, ZUNED SUNESRA and BISMILLA SUNESRA); and Distribution of Schedule IV controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (841b)(2) (Counts 15-17 - JAVED SUNESRA, ZUNED SUNESRA and BISMILLA SUNESRA).

Recommended bond: Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: *Eric S. Rosen*
ERIC S. ROSEN
Assistant U.S. Attorney
NY ID No. 4412326